No. 10,771.

FLOOD, ET AL. *v.* JACOB DOLD PACKING CO., ET AL.

Decided May 5, 1924.

Action to enjoin the sale of real estate under execution.

*Writ of Error Dismissed.*

1. APPEAL AND ERROR—*Moot Questions—Dismissal.* Where no relief can be given either party on review, only moot questions being involved, the writ of error will be dismissed.

*Error to the District Court of the City and County of Denver, Hon. Francis E. Bouck, Judge.*

Mr. GEORGE A. CARLSON, Mr. W. R. RAMSEY, for plaintiffs in error.

Mr. D. L. WEBB, for defendants in error.

*Department Three.*

MR. JUSTICE CAMPBELL delivered the opinion of the court.

THE object of the action is to enjoin a sheriff from selling

real estate under an execution. The trial court denied the relief and dismissed the action. The application of plaintiffs in error for a writ of *supersedeas* was denied by this court. The sale was held and the property was sold. Even if either plaintiff was entitled to any relief it could not now be given on this review. The cause is moot. The writ of error is, therefore, dismissed.

MR. CHIEF JUSTICE TELLER and MR. JUSTICE SHEAFOR concur.